UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA WILLIAMS,

    Plaintiff,

v.

JOCELYN BENSON and
JANICE WINFREY,

    Defendants.
_____/

Case No. 2:25-cv-13083

District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

### ORDER SETTING DEADLINE FOR PLAINTIFF TO CONFIRM HER CONTACT INFORMATION and DIRECTING THE CLERK OF THE COURT TO SERVE THIS ORDER UPON PLAINTIFF AT TWO ADDRESSES

Theresa Williams ("Plaintiff") initiated this National Voter Registration Act (NVRA) lawsuit in September 2025 against Jocelyn Benson, Michigan's Secretary of State, and Janice Winfrey, Detroit's City Clerk. Plaintiff is proceeding *in pro per* and *in forma pauperis*. (ECF Nos. 2, 5.) Defendants have appeared via counsel. (ECF Nos. 15, 16, 17.)

Judge Parker has referred this case to me for pretrial matters. (ECF No. 18.) Having examined the docket in this case, Plaintiff's address of record appears to be inaccurate. Plaintiff's complaint lists 9056 Piedmont, which is the address of record (*see* ECF No. 1, PageID.4); however, four items mailed to Plaintiff (ECF Nos. 4, 5, 6, 14) – presumably to the address on her complaint – have been

1

returned as undeliverable (ECF Nos. 7, 8, 9, 19).  Yet, Plaintiff's other filings list 9560 Piedmont as an address (*see* ECF Nos. 2, PageID.13; ECF No. 13, PageID.34).

Thus, Plaintiff appears to have made a typographical error in the address listed on her complaint.  It is critical that the Court and the parties to this lawsuit have Plaintiff's accurate contact information.  Indeed, this Court's Local Rules provide:

> Every attorney and every party not represented by an attorney must include his or her contact information consisting of his or her address, e-mail address, and telephone number on the first paper that person files in a case.  If there is a change in the contact information, that person promptly must file and serve a notice with the new contact information.  The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs.

E.D. Mich. LR 11.2 ("Failure to Provide Notification of Change of Address").

Upon consideration, no later than **Friday, January 23, 2026**, Plaintiff **SHALL** confirm her contact information (*i.e.*, her address, e-mail address, and telephone number) by filing an appropriate notice with the Court.  Should Plaintiff fail to do so, the Court will be required to continue using the address she provided when she filed her complaint, and she risks failing to receive copies of this Court's orders and notices.  Finally, in an abundance of caution, and in this single instance, the Clerk of the Court is **DIRECTED** to serve a copy of this order upon Plaintiff at both **9056 Piedmont, Detroit, MI 48228** and **9560 Piedmont, Detroit, MI 48228**.

**IT IS SO ORDERED.**[1]

Dated:  January 6, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).